**EPLUS, INC., Plaintiff–Appellee,**

v.

**LAWSON SOFTWARE, INC., Defendant–Appellant.**

No. 2011–1396.

United States Court of Appeals, Federal Circuit.

June 15, 2011.

Before GAJARSA, MAYER, and PROST, Circuit Judges.

**ON MOTION**

PER CURIAM.

**ORDER**

Upon consideration of Lawson Software, Inc.'s motion for reconsideration of the court's denial of an immediate temporary stay of the district court's injunction pending disposition of its motion for a stay, pending appeal,

IT IS ORDERED THAT:

The motion is denied.